# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIDEN MACMILLAN, )<br> )<br>    Plaintiff, )<br> )<br>          v. ) Consolidated Case No. 1:21-cv-10265-JLR<br> )<br>IDEANOMICS, INC., SHANE MCMAHON, )<br>ALFRED POOR, JAMES S. CASSANO, )<br>HARRY EDELSON and JIAN REN FAN, )<br> )<br>    Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ali Saee hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 19, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
    Gina M. Serra
    825 East Gate Boulevard, Suite 300
    Garden City, NY 11530
    (516) 683-3516
    gms@rl-legal.com

*Attorneys for Plaintiff*